AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Justina Defigueiredo ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:10-CV-1379-RMG |
| Commissioner of the Social Security Administration ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered and adjudged that the Court accepts the Report and Recommendation of Magistrate Judge Hendricks and affirms the decision of the Commissioner to deny benefits.

This action was *(check one)*:
❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge.

Date:  July 20, 2011                                                                *CLERK OF COURT*

                                                                                    s/John P. Bryan, Jr.
                                                                         _____
                                                                              *Signature of Clerk or Deputy Clerk*